IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WASEEM DAKER, | : | PRISONER CIVIL RIGHTS |
| GDC No. 901373, | : | 42 U.S.C. § 1983 |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:12-CV-2782-RWS-ECS |
| JOHN MARK DAWES, et al., | : | |
|     Defendants. | : | |

**FINAL REPORT AND RECOMMENDATION AND ORDER**

Waseem Daker is a state inmate serving a life sentence for malice murder and other crimes. While incarcerated, Daker has filed more than fifty cases and appeals in federal court. See www.pacer.gov (searched for "Daker, Waseem"; last viewed October 18, 2013).

By Order dated September 18, 2013, the undersigned denied Daker's request for permission to proceed in forma pauperis ("IFP") in this case and ordered him to pay the case initiation fee within fourteen days. See [Doc. No. 7]. As of October 22, 2013, Daker had not paid the filing fee and had instead filed a "Motion to Extend Time," asking that his deadline for payment be extended through November 18, 2013. See [Doc. No. 8 at 2]. That motion is **DENIED**.

Daker has engaged in dilatory motion practice in prior cases, including by routinely filing motions for reconsideration, although this Court's Local Rules prohibit that practice. See LR 7.2E,

NDGa. Furthermore, it can come as no surprise to Daker that his request for IFP status in this case was denied, as his similar requests in other cases have been repeatedly denied. See, e.g., Daker v. Dawes, No. 1:12-CV-119-RWS (N.D. Ga. Sept. 27, 2012) (Order entered more than a year ago denying IFP request); Daker v. Robinson, No. 1:12-CV-118-RWS (N.D. Ga. Sept. 27, 2012) (same). See also [Doc. No. 19 at 3 (citing five decisions in 2011 and 2012 in which the United States Court of Appeals for the Eleventh Circuit denied Daker permission to proceed IFP)].

The undersigned **RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE** because Daker failed to comply with a lawful Court order. See LR 41.3A(2), NDGa.

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO ORDERED, RECOMMENDED, AND DIRECTED**, this 29th day of October, 2013.

> *s/ E. Clayton Scofield III*
> E. CLAYTON SCOFIELD III
> UNITED STATES MAGISTRATE JUDGE